CHRISTIE DEL REY-CONE, ESQ.
MARY E. AHRENS, ESQ.
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendant
Compass Group USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LINDA THOMAS,

        Plaintiff,

  -against-

COMPASS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11-CV-2533 (LAK)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christie Del Rey-Cone of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters her appearance as counsel for defendant Compass Group USA, Inc., in the above-captioned matter.

Dated: New York, New York
       April 19, 2011

                      Respectfully submitted,

                      SEYFARTH SHAW LLP

                      By: _s/ Christie Del Rey-Cone_
                      Christie Del Rey-Cone
                      620 Eighth Avenue, Ste. 3200
                      New York, New York 10018
                      Tel. (212) 218-5500

                      Attorneys for Compass Group USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I caused to be electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which will send notification of such filings to Plaintiff's counsel listed below:

>Stewart Lee Karlin, Esq.
>9 Murray Street, Suite 4W
>New York, New York 10007

>s/ Christie Del Rey-Cone
>Christie Del Rey-Cone