CHRISTIE DEL REY-CONE, ESQ.
MARY E. AHRENS, ESQ.
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendant
Compass Group USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LINDA THOMAS,

        Plaintiff,

  -against-

COMPASS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

        Defendants.

------------------------------------x

11-CV-2533(LAK)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mary E. Ahrens of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters her appearance as counsel for defendant Compass Group USA, Inc. in the above-captioned matter.

Dated: New York, New York
      April 19, 2011

                Respectfully submitted,

                SEYFARTH SHAW LLP

                By: s/ Mary E. Ahrens
                Mary E. Ahrens
                620 Eighth Avenue, Ste. 3200
                New York, New York 10018
                Tel. (212) 218-5500

                Attorneys for Compass Group USA, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2011, I causes to be electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which will send notification of such filings to Plaintiff's counsel listed below:

>Stewart Lee Karlin, Esq.
>9 Murray Street, Suite 4W
>New York, New York 10007

>s/ Mary E. Ahrens
>Mary E. Ahrens