## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I caused to be electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, and U.S. mail, postage pre-paid, on the following counsel:

        Stewart Lee Karlin, Esq.
        9 Murray Street, Suite 4W
        New York, New York 10007

        <u>s/ Christie Del Rey-Cone</u>
        Christie Del Rey-Cone