## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I caused to be electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, and U.S. mail, postage pre-paid, on the following counsel:

>Stewart Lee Karlin, Esq.
>9 Murray Street, Suite 4W
>New York, New York 10007


>s/ Mary E. Ahrens
>Mary E. Ahrens