STEWART LEE KARLIN
ATTORNEY FOR PLAINTIFF
9 MURRAY STREET, SUITE 4W
NEW YORK, NEW YORK 10007
(212) 732-9450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LINDA THOMAS,

        Plaintiff,

                                                                         **11-CIV-02533 (LAK)**

   -against-

COMPAS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

        Defendant.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that plaintiff is appearing herein through her attorney, Stewart Lee Karlin, Esq., The Law offices of Stewart Lee Karlin, P.C., 9 Murray Street, Suite 4W, New York, NY 10007, Tel: (212) 792-9670; Fax: (212) 732-4443; ECF Address: edlawkarlin@aol.com.

Henceforth, please serve all papers on plaintiff's counsel.

Dated: New York, New York
       May 25, 2011                                   THE LAW OFFICES OF
                                                 STEWART LEE KARLIN, P.C.

                                                 s/Stewart Lee Karlin
                                                 STEWART LEE KARLIN (SK3720)
                                                 Attorney for Plaintiff
                                                 9 Murray Street, Suite 4W
                                                 New York, NY 10007
                                                 (212) 792-9670