Michael P. Collins, Esq. (MC-0906)
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant Terence Cardinal Cooke Health Care Center
330 Madison Avenue, 39th Floor
New York, New York  10017-5001
Telephone:  (646) 253-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA THOMAS,<br><br>                     Plaintiff,<br><br>         v.<br><br>COMPASS GROUP USA, INC., AND ARCHCARE AT TERENCE CARDINAL COOKE HEALTH CARE CENTER,<br><br>                     Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 11-CV-2533 (LAK) |

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for Defendant Terence Cardinal Cooke Health Care Center.

   I certify that I am admitted to practice in this Court.

Dated: June 23, 2011                       BOND, SCHOENECK & KING, PLLC


                                           By:    s/Michael P. Collins
                                                  Michael P. Collins, Esq.
                                           Attorneys for Defendant Terence
                                           Cardinal Cooke Health Care Center
                                           330 Madison Avenue, 39th Floor
                                           New York, New York  10017-5001
                                           Telephone: (646) 253-2300
                                           Fax: (646) 253-2301
                                           Email: mbernstein@bsk.com

42820.1 6/23/2011

TO:    Stewart Lee Karlin, Attorney-at-Law
Stewart Lee Karlin, Esq.
Attorneys for Plaintiff
9 Murray Street, Suite 4W
New York, NY 10007
Telephone: (212) 732-9450
Fax: (212) 571-9893
Email: edlawkarlin@aol.com

Seyfarth Shaw LLP
Mary Ahrens, Esq.
Attorneys for Compass Group USA, Inc.
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
Fax: (212) 218-5526
Email: mahrens@seyfarth.com

42820.1 6/23/2011