UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

LINDA THOMAS,

                Plaintiff,

  -against-                         11-cv-02533 (LAK)

COMPASS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

                Defendants.
----------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: _____

## CONSENT SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after August 26, 2011.

2. No amendments to the pleadings will be permitted after August 26, 2011.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before October 18, 2011;

    (b) rebuttal expert witnesses on or before November 17, 2011;

4. All discovery, including any depositions of experts, shall be completed on or before December 15, 2011;

    a. Fact discovery shall be completed on or before October 31, 2011.

    b. Expert discovery will be completed on or before December 15, 2011.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before December 19, 2011;

6. No motion for summary judgment shall be served after the deadline filed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9.  This scheduling order may be altered or amended only on a showing o - good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:

*Lewis A. Kaplan* for A. Crotty
United States District Judge

CONSENTED TO:

STEWART LEE KARLIN, ESQ.

By: _____
Stewart Lee Karlin
9 Murray Street, Suite 4W
New York, New York 10007
(212) 732-9450
Attorney for Plaintiff
Linda Thomas

SEYFARTH SHAW LLP

By: _____
Christie Del Rey-Cone
Mary E. Ahrens
160 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500
Attorneys for Defendant
Compass Group USA, Inc.

BOND SCHOENECK & KING

By: _____
Michael P. Collins
330 Madison Avenue
New York, New York 10017-5001
(646) 253-2300
Attorneys for Defendant
Archcare at Terrence Cardinal
Cooke Health Care Center

So ordered
Paul Crotty 7/18/11
USDJ (Part I)

13572075v.2

2