Michael P. Collins, Esq. (MC-0906)
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant Terence Cardinal Cooke Health Care Center
330 Madison Avenue, 39th Floor
New York, New York  10017-5001
Telephone:  (646) 253-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA THOMAS,

                          Plaintiff,

        v.

COMPASS GROUP USA, INC., AND ARCHCARE AT TERENCE CARDINAL COOKE HEALTH CARE CENTER,

                          Defendant.

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES RULE 7.1**

Civil Action No. 11-CV-2533 (LAK)

      Pursuant to Federal Rules of Civil Procedure Rule 7.1, the undersigned counsel for Defendant Terence Cardinal Cooke Health Care Center ("TCC"), incorrectly designated in the caption as "ArchCare at Terence Cardinal Cooke Health Care Center," hereby states that TCC is a domestic, not-for-profit corporation and a wholly owned subsidiary of the Catholic Health Care System, also a domestic, not-for-profit corporation, doing business as "ArchCare."  Neither TCC nor the Catholic Health Care System are publicly held.

Dated:  July 19, 2011

                          BOND, SCHOENECK & KING, PLLC

                          By:   s/ Michael P. Collins
                               Michael P. Collins, Esq. (MC-0906)
                          Bond, Schoeneck & King, PLLC
                          Attorneys for Defendant Terence Cardinal Cooke Health Care Center
                          330 Madison Avenue, 39th Floor

New York, New York  10017-5001
Telephone:  (646) 253-2300
Fax:  (646) 253-2301
Email:  mcollins@bsk.com

TO:   Stewart Lee Karlin, Esq.
      Attorney for Plaintiff
      9 Murray Street, Suite 4W
      New York, NY  10007
      Telephone:  (212) 732-9450
      Fax:  (212) 571-9893
      Email:  edlawkarlin@aol.com

      Seyfarth Shaw LLP
      Mary Ahrens, Esq.
      Attorneys for Compass Group USA, Inc.
      620 Eighth Avenue
      New York, NY  10018
      Telephone:  (212) 218-5500
      Fax:  (212) 218-5526
      Email:  mahrens@seyfarth.com