Kaplan, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED #: 9/2/11

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

LINDA THOMAS,

              Plaintiff,

  -against-

COMPASS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

              Defendants.

---------------------------------x

11-cv-02533 (LAK)

## STIPULATION AND ORDER REGARDING AMENDED CONSENT SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Linda Thomas ("Plaintiff") and defendants Compass Group USA, Inc. and Archcare at Terrence Cardinal Cook Health Care ("Defendants"), (collectively, the "Parties"), through their undersigned counsel of record, subject to the Court's approval, that:

WHEREAS, on or about July 13, 2011, the Parties agreed to and filed a Consent Scheduling Order;

WHEREAS, on July 19, 2011, the Court issued the following Consent Scheduling order: amended pleadings due by August 26, 2011; joinder of parties due by August 26, 2011; discovery due by December 15, 2011; expert witnesses on or before October 18, 2011; rebuttal expert witnesses on or before November 17, 2011.

WHEREAS, due to a scheduling conflict on the part of Plaintiff's counsel, the mediation of the above-referenced matter was re-scheduled from July 22, 2011 to September 9, 2011;

WHEREAS, the Parties agree that extending the dates of the Consent Scheduling Order is appropriate in light of the new mediation date;

NOW THEREFORE, the Parties agree and stipulate as follows:

1. The Amended Consent Scheduling Order is as follows:

    a. No additional parties may be joined after October 7, 2011;

    b. No amendments to the pleadings will be permitted after October 7, 2011;

    c. The parties shall make required Rule 26(a)(2) disclosures with respect to expert witnesses on or before December 6, 2011;

    d. The parties shall make required Rule 26(a)(2) disclosures with respect to rebuttal expert witnesses on or before January 5, 2012;

    e. All discovery, including any depositions of experts, shall be completed on or before February 2, 2012.

STEWART LEE KARLIN, ESQ.

By: _____
Stewart Lee Karlin
9 Murray Street, Suite 4W
New York, New York 10007
(212) 732-9450
Attorney for Plaintiff
Linda Thomas

SEYFARTH SHAW LLP

By: _____
Christie Del Rey-Cone
Mary E. Ahrens
160 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500
Attorneys for Defendant
Compass Group USA, Inc.

BOND, SCHOENECK & KING

By: _____
Michael P. Collins
330 Madison Avenue
New York, New York 10017-5001
(646) 253-2300
Attorneys for Defendant
Archcare at Terrence Cardinal
Cooke Health Care Center

SO ORDERED.

Dated: August 31, 2011

_____
~~Lewis A. Kaplan~~
United States District Judge
Part 1