Kaplan, T

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

LINDA THOMAS,

        Plaintiff,

   -against-                                    11-cv-02533 (LAK)

COMPASS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

        Defendants.
------------------------------------x

## STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF COMPASS' FIRST AMENDED ANSWER AND DEFENSES TO THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff Linda Thomas ("Plaintiff") and defendants Compass Group USA, Inc. ("Compass") and Archcare at Terrence Cardinal Cook Health Care ("Archcare"), through the undersigned counsel of record, that Compass may file a First Amended Answer and Defenses to the Complaint in the form



attached hereto and, subject to the Court's approval, this filing shall constitute the filing of Compass' First Amended Answer and Defenses to the Complaint.

STEWART LEE KARLIN, ESQ.

By:_____
    Stewart Lee Karlin
9 Murray Street, Suite 4W
New York, New York 10007
(212) 732-9450
Attorney for Plaintiff
Linda Thomas

SEYFARTH SHAW LLP

By: *[signature]*
    Edward Cerasia II
    Mary E. Ahrens
160 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500
Attorneys for Defendant
Compass Group USA, Inc.

BOND SCHOENECK & KING

By: *[signature]*
    Michael P. Collins
330 Madison Avenue
New York, New York 10017-5001
(646) 253-2300
Attorneys for Defendant
Archcare at Terrence Cardinal
Cooke Health Care Center

SO ORDERED.

Dated: 10/3/11

*[signature]*
Lewis A. Kaplan
United States District Judge

2

13572075v.2

attached hereto and, subject to the Court's approval, this filing shall constitute the filing of Compass' First Amended Answer and Defenses to the Complaint.

STEWART LEE KARLIN, ESQ.

By:_____
Stewart Lee Karlin
9 Murray Street, Suite 4W
New York, New York 10007
(212) 732-9450
Attorney for Plaintiff
Linda Thomas

| SEYFARTH SHAW LLP | BOND SCHOENECK & KING |
|---|---|
| By:_____<br>Edward Cerasia II<br>Mary E. Ahrens<br>160 Eighth Avenue, 32nd Floor<br>New York, New York 10018-1405<br>(212) 218-5500<br>Attorneys for Defendant<br>Compass Group USA, Inc. | By:_____<br>Michael P. Collins<br>330 Madison Avenue<br>New York, New York 10017-5001<br>(646) 253-2300<br>Attorneys for Defendant<br>Archcare at Terrence Cardinal<br>Cooke Health Care Center |

SO ORDERED.

Dated:

_____
Lewis A. Kaplan
United States District Judge