UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LINDA THOMAS,

        Plaintiff,

                                                          11-CIV-02533 (LAK)

  -against-

COMPAS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

        Defendant.
---------------------------------------------------------------X

## PLAINTIFF COUNSEL'S MOTION TO WITHDRAW

     **PLEASE TAKE NOTICE**, that upon the declaration of Plaintiff's counsel, he will move this Court at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007 as soon thereafter as counsel may be heard, for an order relieving plaintiff's counsel of any further representation in this matter, together with such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
          October 17, 2011

                                                                        Respectfully submitted,

                                                                        _s/Stewart Lee Karlin_
                                                                      STEWART LEE KARLIN,
                                                                      Attorneys for Plaintiff
                                                                      9 Murray Street, Suite 4W
                                                                      New York, N.Y. 10007
                                                                      (212)  792-9670

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the notice of motion and declaration was served by hand on Ms. Linda Thomas, 15 East 109th Street, 6A New York, NY 10029 on the 17th day of October, 2011.

 s/Stewart Lee Karlin
STEWART LEE KARLIN