UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LINDA THOMAS,

        Plaintiff,     11-CIV-02533 (LAK)

  -against-

COMPASS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

        Defendant.
----------------------------------------------------------------X

**DECLARATION OF PLAINTIFF'S COUNSEL**

STEWART LEE KARLIN states under the penalties of perjury the following:

1. Irreconcilable differences have arisen between the plaintiff and the undersigned making it impossible for the undersigned to continue to represent the plaintiff.

2. In addition, the undersigned requests that the matter be stayed or abated for sixty (60) days so that plaintiff can have an opportunity to secure new counsel.

3. Plaintiff's mailing address is Linda Thomas, 15 East 109th Street, 6A New York, NY 10029 and request that upon the undersigned's discharge all further communication be directed to that address.

WHEREFORE, the undersigned respectfully requests this court to enter an order discharging the undersigned and any other relief that is just and equitable.

**THE FOREGOING STATEMENT IS TRUE AND CORRECT UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF OCTOBER, 2011**

  s/Stewart Lee Karlin
STEWART KARLIN, ESQ.
9 Murray Street, Suite 4W
New York, NY 10007
(212) 792-9670

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the notice of motion and declaration was served by hand on Ms. Linda Thomas, 15 East 109th Street, 6A New York, NY 10029 on the 17th day of October, 2011.

  s/Stewart Lee Karlin
STEWART LEE KARLIN