UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LINDA THOMAS,

     Plaintiff,

   -against-

COMPASS GROUP USA, INC., AND
ARCHCARE AT TERRENCE CARDINAL
COOKE HEALTH CARE,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       11-cv-02533 (LAK)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a)(1), have stipulated and agreed and jointly

request that the Court enter an Order dismissing this case with prejudice, all matters in

controversy having been settled, compromised and adjourned, with each party to bear its own

costs and fees.

Dated: New York, New York
   November 7, 2011

Respectfully Submitted,

STEWART LEE KARLIN, ESQ.

By: _____
Stewart Lee Karlin
9 Murray Street, Suite 4W
New York, New York 10007
(212) 732-9450

Attorney for Plaintiff
Linda Thomas

SEYFARTH SHAW LLP

By: _____
Edward Cerasia II
Mary E. Ahrens
160 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendant
Compass Group USA, Inc.


SO ORDERED.

Dated: New York, New York
       November ___, 2011

BOND SCHOENECK & KING

By: _____
Michael P. Collins
330 Madison Avenue
New York, New York 10017-5001
(646) 253-2300

Attorneys for Defendant
Archcare at Terrence Cardinal
Cooke Health Care Center


_____
Lewis A. Kaplan
United States District Judge